In the Matter of the Will of MICHAEL N. PRICE, Deceased. MINNIE N. GIFFLER et al., Appellants; MORRIS NACHT et al., Respondents.

Argued November 22, 1938; decided December 6, 1938.

*Louis J. Schwartz, Philip K. Schwartz, Arthur Brandwein* and *Samuel B. Goodman* for appellants.

*Charles G. Coster* and *Joseph M. Paley* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.